

ORIGINAL

FILED
06/16/2021
Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA
Case Number: AF 19-0360

IN THE SUPREME COURT OF THE STATE OF MONTANA

AF 19 0360

_____

FILED

JUN 1 6 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

IN RE APPOINTMENTS TO THE WORKING
INTERDISCIPLINARY NETWORK ON
GUARDIANSHIP (WINGS)

O R D E R

_____

On June 20, 2019, the Chief Justice of the Montana Supreme Court established the Working Interdisciplinary Network on Guardianship (WINGS), and the following members were appointed to serve two-year terms:

The Honorable Dan Wilson, Presiding Officer, representing the Montana District Courts;

Michael Hagenlock, representing the Montana Department of Public Health and Human Services, Adult Protective Services;

Theresa Baldry, representing an advocacy group for individuals with developmental disabilities;

Susan Bailey, representing an advocacy group for senior citizens;

Cindy Nickol, representing professional guardians or conservators;

Dawn Larimer, representing unpaid guardians or conservators;

Jennifer Crowley, representing a volunteer guardianship council;

Erin MacLean, representing as a member of the Montana State Bar Association; and

Dr. Roman Hendrickson, MD, representing as a health care provider with experience in working with patients in need of a guardianship.

These terms will expire June 20, 2021. The Court expresses its gratitude to each member for their service to WINGS, to this Court, and to the people of Montana.

Six members have agreed to serve an additional term.

IT IS HEREBY ORDERED that the Honorable Dan Wilson (as Presiding Officer) is reappointed to a two-year term expiring June 20, 2023.

IT IS FURTHER ORDERED that Michael Hagenlock, Theresa Baldry, Susan Bailey, Cindy Nickol, and Dawn Larimer are reappointed in their respective capacities to four-year terms expiring June 20, 2025.

IT IS FURTHER ORDERED that the following new members are hereby appointed to two-year terms expiring on June 20, 2023:

Angie O'Connor, representing a volunteer guardianship council;

Ericka Johnson, representing as a member of the Montana State Bar Association;

Michael P. Temporal, M.D., representing as a health care provider with experience in working with patients in need of a guardianship.

The Clerk is directed to provide copies of this Order to Jennifer Crowley, Erin MacLean, Dr. Roman Hendrickson, each member of WINGS, Sarah McClain, all District Court Judges, and the State Bar of Montana.

DATED this 16ᵗʰ day of June, 2020.

For the Court,

By _____
Chief Justice